UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. CHARLES,<br><br>        Petitioner,<br><br>    v.<br><br>FRANK KENDALL III.,<br><br>        Defendant. | Case No. 2:24-cv-00981-CV (JDEx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

      On February 6, 2025, this Court issued a Reassignment Order, directing the parties to file a Joint Case Management statement by February 20, 2025. Doc. # 27 ("Reassignment Order") at 3. No statement was filed. The Reassignment Order also made clear that "[a]ll pretrial conferences and trial dates currently set for September 8, 2025, or thereafter, as well as other deadlines associated with the case, shall remain in effect." *Id*. Despite a final pre-trial conference having been set for December 8, 2025, however, the parties have not filed any pre-trial filings, as contemplated by the Civil Trial Order issued on December 9, 2024 by the then-presiding Hon. Monica Ramirez Almadani (Doc. # 24)

or by this Court's Scheduling and Trial Order for Civil Cases Assigned to Judge Valenzuela.[1] Indeed, the parties have not filed anything in this case for over a year.

Accordingly, the Court hereby VACATES the December 8, 2025 Final Pretrial Conference, and ORDERS Petitioner Marvin L. Charles ("Plaintiff") to show cause ("OSC"), in writing within fourteen (14) days of this order, why the Court should not dismiss this action for lack of prosecution. See Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962). Failure to respond timely may result in dismissal for failure to prosecute and failure to comply with a court order. *Id.*

**IT IS SO ORDERED**.

Dated: 12/3/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

---

[1] Available on the Court's webpage, https://apps.cacd.uscourts.gov/Jps/honorable-cynthia-valenzuela.